DOROTHY MAE JOHNSON, A/K/A DOROTHY MAE BENSON, APPELLANT, v. THE STATE OF NEVADA, RESPONDENT.

No. 5705

April 17, 1969                                    452 P.2d 917

*Foley, Garner & Shoemaker,* of Las Vegas, for Appellant.

*Harvey Dickerson,* Attorney General, *George E. Franklin, Jr.,* District Attorney, and *Leonard I. Gang,* Special Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

This appeal is dismissed and the judgment below is affirmed on the authority of Fairman v. Warden, 83 Nev. 332, 431 P.2d 660 (1967), since the facts and legal issues are identical and arise out of the same circumstances.

Since the appellant is an indigent and her counsel was appointed by the district court to prosecute this appeal, we direct that court to give counsel the certificate specified in NRS 7.260(3).

Affirmed.